JUDGE RAKOFF

08 CV 00223

COPY

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-J-011-AW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LIBERTY MUTUAL GROUP, INC., as subrogee
of BODGER SEEDS, LTC.,

                                       Case No.: **07 CV**

            Plaintiff,

  -against-

                                       **RULE 7.1 STATEMENT**

MEDITERRANEAN SHIPPING COMPANY S.A.,

            Defendant.
---------------------------------------------------------------X

RECEIVED JAN 11 2008 U.S.D.C. S.D.N.Y. CASHIERS

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                      SEE ATTACHED

Dated: January 10, 2008

                                                              SIGNATURE OF ATTORNEY
                                                               ALFRED J. WILL

**Liberty Mutual Insurance Companies**

| AMB# | COMPANY |
|---|---|
| 02283 | Liberty Mutual Insurance Co |
| 02159 | Employers Insurance of Wausau |
| 02282 | Liberty Mutual Fire Ins Co |
| 01812 | Liberty Insurance Corporation |
| 12076 | Golden Eagle Insurance Corp |
| 00662 | Montgomery Mutual Ins Co |
| 02550 | Wausau Business Insurance Co |
| 04274 | Wausau General Insurance Co |
| 00956 | Wausau Underwriters Ins Co |
| 10765 | LM Insurance Corporation |
| 00588 | Merchants & Business Men's Mut |
| 10764 | First Liberty Ins Corp |
| 10649 | Montgomery Indemnity Company |
| 11812 | Bridgefield Casualty Ins Co |
| 12158 | Bridgefield Employers Ins Co |
| 11325 | Colorado Casualty Ins Co |
| 11798 | Liberty Ins Co of America |
| 02087 | Liberty Insurance Underwriters |
| 87184 | Liberty International Ins Co |
| 03028 | Liberty Personal Insurance Co |
| 12078 | Liberty Surplus Ins Corp |
| 87725 | Liberty Insurance Co of Canada |