LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBERTY MUTUAL GROUP INC.,
as subrogee of BODGER SEEDS, LTD.,

                Plaintiff,

   -against-


MEDITERRANEAN SHIPPING COMPANY S.A

                Defendant.
------------------------------------------------------------X

**ECF Case**

08 Civ. 00223 (JSR)

**RULE 7.1
STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant MEDITERRANEAN SHIPPING COMPANY S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which is otherwise publicly held in the United States.

Dated: February 20, 2008
      New York, New York

                        LYONS & FLOOD, LLP
                        Attorneys for Defendant
                        MEDITERRANEAN SHIPPING COMPANY S.A.

By: _____
     Edward P. Flood (EPF-5797)
     65 West 36th Street, 7th Floor
     New York, New York 10018

U:\FLOODDOC\2549114\Pleadings\Rule 7.1 .doc