BADIAK & WILL, LLP
Attorneys for Plaintiff
LIBERTY MUTUAL GROUP, INC.
As subrogee of Bodger Seeds, Ltd.
106 Third Street
Mineola, New York 11501
(516) 877-2225
Our Ref.: 07-J-0110-AW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
LIBERTY MUTUAL GROUP, INC.,
As subrogee of BODGER SEEDS, LTD.,

|                        |                        |
|------------------------|------------------------|
| Plaintiff,             | 08 CV 00223 (JSR)      |
| - against -            | **ECF CASE**           |
| MEDITERRANEAN SHIPPING COMPANY, S.A., | <u>**NOTICE OF MOTION**</u> |
| Defendant.             |                        |

-----------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure

and the Court's Individual Rules of Practice, Plaintiff, LIBERTY MUTUAL GROUP, INC., As

subrogee of BODGER SEEDS, LTD., will move for summary judgment on the issue of liability.

The schedule for service and filing of all papers will be in accordance with Civil Case Management

Plan applicable to this matter.  Moving papers are to be served and filed on August 11, 2008.[1]

Answering papers are to be served and filed by August 19, 2008.  Reply papers are to be served and

filed by August 28, 2008.  Oral argument on the motion is to be held on September 4, 2008 at 2:00

p.m.

---

[1]The Civil Case Management Plan calls for service of moving papers on August 9, 2008.
However, this date falls on a Saturday.  The first business date following August 9 is August 11,
2008.

Dated:      Mineoal, New York
              August 8, 2008

                                        BADIAK & WILL, LLP
                                        Attorneys for Plaintiff
                                        LIBERTY MUTUAL GROUP, INC.,
                                        As Subrogee of BOGDER SEEDS, LTD.

By:                              
                                        ALFRED J. WILL (AW-2485)
                                        106 Third Street
                                        Mineola, New York 11501
                                        (516) 877-2225
                                        Our Ref.: 07-J-011-AW/LS

TO:    LYONS & FLOOD. LLP
         Attorneys for Defendant
         Mediterranean Shipping Company, S.A.
         65 W. 36th Street, 7th Floor
         New York, New York 10018
         (212) 594-2400

2