LYONS & FLOOD, LLP
65 W. 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LIBERTY MUTUAL GROUP INC.
as subrogee of BODGER SEEDS, LTD.,

Plaintiff,

- against -

MEDITERRANEAN SHIPPING COMPANY S.A.,

Defendant,

**ECF CASE**

08 Civ. 00223 (JSR)

**AFFIRMATION OF STEFAAN DECONINCK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

STEFAAN DECONINCK declares the following under the penalty of perjury under the laws of the United States of America:

1. I am an employee of defendant MEDITERRANEAN SHIPPING COMPANY, S.A. ("MSC") and hold the position of Regional Claims Manager for North America. In this capacity, I have been involved in the handling of this claim and have personally reviewed all relevant documents relating to this matter, including the booking and shipment of this container. Accordingly, I have personal knowledge of the facts contained herein.

2. MSC is an ocean carrier and is the operator of the M/V MSC ROYAL ZANZIBAR, M/V MSC NAMIBIA, M/V MSC SILVANA, and M/V MSC ILONA.

3. In January of 2007, MSC contracted with Environmental Seed Producers ("ESP"), a producer and distributor of flower seeds, for the shipment of 648 bags of flower seeds from Tanga, Tanzania to Long Beach, California.

4. Pursuant to the shipment, MSC provided the Tanzanian shipper Maua Arusha, Ltd. ("Maua") with an empty twenty foot long dry container (no. MSCU1550902). As per the custom in the industry, Maua loaded the cargo in the container and then locked and sealed said container. MSC never received any complaints from Maua regarding the condition of the subject container.

5. The subject container was loaded aboard the M/V MSC ROYAL ZANZIBAR on January 26, 2007 and transported to the United States pursuant to MSC Bill of Lading number MSCUTA011430, attached to this Affirmation as Exhibit A. MSC's standard bill of lading includes Clause 17, which states that "If the shipper or his servant stuffs the container, the Merchant shall be responsible for the proper stowage and securing of the goods to insure ventilation and to avoid shifting."

6. The container traveled from Tanga to Long Beach on four different vessels: the M/V MSC ROYAL ZANZIBAR from Tanga, Tanzania to Dar es Salaam, Tanzania; the M/V MSC NAMIBIA from Dar es Salaam, Tanzania to Jeddah, Saudi Arabia; the M/V MSC SILVANA from Jeddah, Saudi Arabia to Ningbo, China; and the M/V MSC ILONA from Ningbo, China to Long Beach, California. The container was stowed both below deck and on deck over the course of the approximately seventy-five (75) days it was aboard these vessels.

7. The M/V MSC ILONA arrived at the terminal in Long Beach, California on or about April 10, 2007. The container was discharged from the vessel and subsequently delivered to ESP's facility in Lompoc, California, on or about April 10, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 7, 2008

Stefaan Deconinck

U:\FLOODDOC\2549114\Motions\Motion for Summary Judgment\Aff - Deconinck.doc

# EXHIBIT A

MSCUTA011071

**MSC MEDITERRANEAN SHIPPING COMPANY S.A., Geneva**

**ORIGINAL BILL OF LADING**
MSCUTA011430

| IS IT PORT-TO-PORT SHIPMENT ? (Fill-In Boxes 7 & 8) Tick → | COMBINED TRANSPORT SHIPMENT ? (Fill-In Boxes 5, 6, 9 & 10) Tick → | N° of original Bol (number & words) | N° of BoL Rider Pages (number & words) |
|---|---|---|---|
| X | | 3/THREE | NIL |

**(1) SHIPPER: (Full details)**
MAUA ARUSHA LTD
P.O.BOX 15002,
TEL (00 255) (0) 754 273569
ARUSHA, TANZANIA

**(2) CONSIGNEE: (Not Negotiable unless «To Order of ...»)**
ENVEROMENTAR SEEDS PRODUCERS
W OLIVE AVE LOMPOC CA US 1851 93436
C/O BODGER SEEDS LTD M TYLER
91733 3618 USA 151, 93436, 1800

ORIGINAL

**(3) NOTIFY: (No responsibility shall attach to Carrier or to his Agent for failure to notify)**
EXPEDITON INTERNATIONAL KEN SAUE W. CENTRURY
BLVD 6TH FLOOR
LOS ANGELS CA U.S.A 5200 , 90045

**(4) SPACE FOR CARRIER'S AGENTS ENDORSMENTS (FCL/FCL, SLSC)**
FCL/FCL
LINER IN FREE OUT

Z 978

ETA 4/13

RECEIVED MAR 2 9 2007

| (5) PRE-CARRIED BY: (Combined Transport only) | (6) PLACE OF RECEIPT: (Combined Transport only) |
|---|---|
| XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXX |
| **(7) PORT OF LOADING:** | **(8) PORT OF DISCHARGE:** |
| TANGA | LONG BEACH |
| **(9) PLACE OF DELIVERY: (Comb. Trans. only)** | **(10) MODE OF ON-CARRIAGE: (Comb. Trans. only)** |
| XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXX |
| **(11) VESSEL & VOY.N°** ILONA 710A | **(12) AGENTS AT PORT OF DISCHARGE / DELIVERY:** |
| ROYAL ZANZIBAR 56R J. 0718 | |

**(14) CARRIER'S RECEIPT** (Continued on attached Bill of Lading Rider page(s), if applicable)

(13) All details shown in Box 13 are furnished by the Shippers, being their Memoranda. Quantity, Condition, Contents and all other information shown in Box 13 are unknown to the Carrier, who has no means to verify their correctness and does not acknowledge them. The statements of the Shippers in Box 13 do not engage the Carrier contractually or in any other manner.

| Identity Marks of Cont. or other packages and seal number(s) | Corresp. number of cont. or other packgs | Total nbr of cnts or other packgs received by the carrier | Haz. Code | Cargo Description (Continued on attached Bill of Lading Rider page(s), if applicable) | Cargo Gross weight | Measurement |
|---|---|---|---|---|---|---|
| MSCU1350902/20'T/V/ TARE Seal:176058/Carriers seal | 2200 KG | 1 | | 1x20' CNTR(S) S.T.C. 648 BAGS OF FLOWER SEEDS 648 BAGS | 15969.000 KG | |
| | | | | SHIPPED ON BOARD | | |
| | | | | AS DECLARED BY SHIPPER CLEAN ON BOARD | | |
| TOTAL TARE 2200.00 KG | | | | TOTALS | 15969.000 KG | |

**(15) FREIGHT & CHARGES («PAYABLE» signifies INTENTION. Cargo shall not be delivered unless Freight & Charges are paid)**

| Specification of Freight & Charges | Basis | Rate | PAYABLE at POL | POD | ELSEWHERE |
|---|---|---|---|---|---|
| FREIGHT PAYABLE * AT DESTINATION * | | | | | |
| Ad Valorem charges | | | | | |
| Declared value: | TOTAL FREIGHT & CHARGES | | | | |

IN ACCEPTING this BoL the Merchant expressly agrees to be bound by all the terms, conditions, limitations and exceptions, whether printed, stamped or written hereon and on Page 1, and in particular agrees that the Carrier shall have the right, at his sole discretion, to stuff cargo in containers and to carry on deck containers of all kinds including trailers, tanks, flats, canvas top, pallets, vehicles and boats or similar articles used to consolidate goods.
RECEIVED FOR SHIPMENT in apparent external good order and condition the containers, packages, units bearing the marks and/or numbers shown in Box 14, said to contain the quantity of goods, weights and measurements stated by Shippers in Box 13, which particulars the Carrier has neither checked nor verified.
IN WITNESS whereof, the no. of Original Bills of Lading shown at the top right corner of this contract have been signed. If this is a negotiable (To Order) BoL, the goods will only be delivered if one original B/L, properly endorsed by the Shippers and/or by the bank concerned (and not by the Notify Party), is surrendered, the others to be considered null and void.

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | SIGNED ON BEHALF OF THE MASTER |
|---|---|---|
| 26 JAN 2007 | 26 JAN 2007 | [signature] |

**DEFINITIONS CLAUSE.** This contract is between the Merchant and the Master, acting on behalf of the Carrier. Wherever the term "Merchant" occurs in this Bill of Lading [illegible] it shall be deemed to include the Shipper, the Consignee, the Holder of the Bill of Lading, the Receiver and the Owner of the Goods [illegible] under this B/L [illegible]. The identity of the Carrier is available from Lloyd's Register of Ships [illegible] Mediterranean Shipping Company [illegible] ("MSC"). MSC shall act as Agent [illegible] "Goods" [illegible] "Container" [illegible] pallet, flat or any similar article of transport used to consolidate goods.

1. **PARAMOUNT CLAUSE.** This B/L shall have effect as follows:
(a) For all trades, except for goods shipped to or from the United States of America, this B/L shall be subject to the 1924 Hague Rules [illegible] Hague-Visby [illegible] the Hague-Visby 1979 Protocol ("SDR" Protocol) shall also apply whether or not mandatory. The Carrier's tariffs and regulations are incorporated herein as if set forth at length, and copies may be requested in writing from the carrier or any of its agents.
(b) For goods shipped to or from the United States of America this B/L shall be subject to the U.S. Carriage of Goods by Sea Act, 1936, and the U.S. Bill of Lading Act 1916 (Pomerene) [illegible]

2. **LAW AND JURISDICTION.**
(a) Any claim or dispute arising from the Contract of Carriage evidenced by this B/L shall be subject to the exclusive jurisdiction of the High Court of Justice in London, and English law shall be applied.
(b) Contrary to (a), any claim or dispute arising from the Contract of Carriage evidenced by this B/L relating to cargo [illegible] to or from the United States of America shall be subject to the sole jurisdiction of the United States, U.S. District Court, Southern District of New York, and United States law shall be applied. [illegible]

3. **SEVERANCE CLAUSE.** [illegible]

4. **PERIOD OF RESPONSIBILITY.** [illegible]

5. **SUBSTITUTION OF VESSEL, THROUGH TRANSPORT, TRANSHIPMENT AND FORWARDING.** [illegible]

6. **THE SCOPE OF VOYAGE.** [illegible]

7. **LOADING, DISCHARGING AND DELIVERY OF THE CARGO.** [illegible]

8. **HAZARDOUS GOODS, MARKING.** [illegible]

9. **DEPARTURE AND ARRIVAL DATES, DELAYS AND CONSEQUENTIAL LOSS.** [illegible]

10. **EXPORT OR IMPORT IMPEDIMENTS.** [illegible]

11. **DECLARATION OF NATURE, WEIGHT OR MEASUREMENT OF GOODS AND OF CONTENTS OF PACKAGE.** [illegible]

12. **IRON AND STEEL PRODUCTS.** [illegible]

13. **TIMBER.** [illegible]

14. (a) **FRAGILE CARGO.** [illegible]

15. **SPECIAL CARGO.** [illegible]

16. **DECK CARGO AND LIVE ANIMALS.** [illegible]

17. **CONTAINERS.** [illegible]

18. **FREIGHT & WAR RISKS CHARGES.** [illegible]

19. **LIABILITY OF SERVANTS AND SUB-CONTRACTORS.** [illegible]

20. **SPECIAL CIRCUMSTANCES.** [illegible]

21. **GOVERNMENT DIRECTIONS, WAR, EPIDEMICS, ICE, STRIKES, ETC.** [illegible]

22. **CLAIMS VALUATION, PACKAGE LIMITATION, TIME BAR.** [illegible]

23. **CHARGES.** [illegible]

24. **CUSTOMS, ETC.** [illegible]

25. **SECURITY AND LIEN.** [illegible]

26. **GENERAL AVERAGE, SALVAGE & NEW JASON CLAUSE.** [illegible]

27. **OTHER STANDARD CLAUSES EXPRESSLY INCORPORATED IN THE B/L.** [illegible]

28. **FIRE.** [illegible]

29. **MERCHANT'S WARRANTY.** [illegible]

30. **EQUIPMENT DEMURRAGE.** [illegible]