EXHIBIT 5

**Techno Marine Services**
Marine Surveyors and Consultants

P.O. Box 1732
San Pedro, CA 90733-1732 ● Phone: 714-816-8735 ● Fax: 714-826-4080

SURVEY REPORT NO. 20 – 3338

THIS IS TO CERTIFY that the undersigned did at the request of Messrs. Mediterranean Shipping Company, Marine Claims Department, New York, attend investigation and inspection of the alleged wetting damage to the shipment and condition of the container and advise as follows:

We were advised that the consignee had informed MSC Lines that the shipment of flower seeds was received damaged by water.

| | |
|---|---|
| MSC REF.: | GVA 2007- 5152 – 561 - 2 / T - 2382 |
| VESSEL: | MSC ROYAL ZANZIBAR<br>Voyage 56A |
| LOADED AT: | TANGA, TANZANIA |
| DATE OF LOADING: | JANUARY 26, 2007 |
| ARRIVAL LONG BEACH: | APRIL 5, 2007 |
| BILL OF LADING: | MSCUTA011091<br>Dated January 26, 2007 |
| CONTAINER: | MSCU1550902 |
| SHIPMENT: | 648 BAGS FLOWER SEENDS |
| SHIPPER: | MAUA ARUSHA LTD.<br>ARUSHA, TANZANIA |
| CONSIGNEE: | ENVIRONMENTAL SEED PRODUCERS<br>1851 W. OLIVE AVENUE.<br>LOMPOC, CA 93436 |
| NATURE OF SURVEY: | CONSIGNEE REPORTED WETTING DAMAGE ON THE SHIPMENT RESULTING IN CLUMPING OF SEEDS, MOLD, DISCOLORATION AND DETERIORATION IN QUALITY. |
| SURVEY DATE: | APRIL 13 & 17, 2007 |



● Pager: 310-730-4788 ● Mobile: 310-344-1240 ● E-Mail: JollyTMS@aol.com

Techno Marine Services
Marine Surveyors and Consultants

P.O. Box 1732
San Pedro, CA 90733-1732 ● Phone: 714-816-8735 ● Fax: 714-826-4080

SURVEY REPORT NO. 20 – 3338

SURVEY LOCATION: SSA TERINAL
PIER A STREET, LONG BEACH, CA

ENVIRONMENTAL SEEDS PRODUCERS W'HOUSE
1851 WEST OLIVE AVENUE
LOMPOC, CA 93426

SURVEY ATTENDED BY:

| | |
|---|---|
| TECHNO MARINE SERVICES | CAPT. ARUN K. JOLLY |
| CONSIGNEE'S REPRESENTATIVE | MS. ANITA M. LAEMOA |
| MARINE UNDERWRITER SURVEYOR | MR. DENNIS BERRI |

SURVEYOR'S NOTES

On April 11, 2007 our office was advised by Mediterranean Shipping Lines, Marine Claims Department, New York, that the consignee had reported wetting damage on the shipment of Flower Seeds.

We immediately contacted the consignee, Environmental Seed Products, Ms. Anita M. Laemoa and were advised that the container was devanned on April 10, 2007 and returned to the terminal.

We then contacted the SSA Terminal and were advised that the container was sent out on the next deployment to load an out bound shipment.

SSA Terminal was requested to advise our office as soon as the loaded container was in gated into the terminal.

We also advised the consignee to contact their Insurance company Liberty Mutual in case they wish to hold a joint inspection.

April 13, 2007 we were advised by SSA Terminal that the container was in the terminal and was scheduled to be loaded onto the MSC Debra V. 713 for discharge port KHH.

Hence we proceeded to the terminal on April 13, 2007 at 1030 hours and inspected the loaded and sealed container. The container was found to be in satisfactory condition.



● Pager: 310-730-4788 ● Mobile: 310-344-1240 ● E-Mail: JollyTMS@aol.com

Techno Marine Services
Marine Surveyors and Consultants

P.O. Box 1732
San Pedro, CA 90733-1732 ● Phone: 714-816-8735 ● Fax: 714-826-4080

SURVEY REPORT NO. 20 - 3338

Upon receiving the request by the marine underwriter surveyor to inspect the container on April 14, 2007 we contacted the terminal and were advised that the container had already been stowed on board the vessel and would not be available for a joint inspection here in Los Angeles.

On April 17, 2007 we proceeded to Environmental Seeds Producers in Lompoc CA and inspected the nature and extent of damage along with Mr. Dennis Berri, surveyor representing the marine underwriters of the shipment.

CONTAINER MSCU1550902

Type: 20 foot enclosed end loading with corrugated metal panels.

Date of Mfg.: 10/2002

Location: On the ground at the Pier A Street Terminal location C 149.

Seal: The container was sealed with seal number PCR LLC 0207050.

Condition: The container was found to be in satisfactory condition as from what could be seen. We were able to inspect the door panels, the front panels and the right side panels.

The door rubber gaskets were in good condition.

Two side vents on the right side panels in the front and door end were seen partially sealed with cellophane tape.

INSPECTION OF THE SHIPMENT ON APRIXL 17, 2007 ALONG WITH MR. DENNIS BERRI, SURVEYOR REPRESENTING THE MARINE UNDERWRITERS

At time of our inspection also present was Mr. Joe Apoliner, warehouse receiving personnel and Ms. Anita Laemoa.

According to Mr. Joe Apoliner, the shipment was devanned on April 10, 2007. There was no apparent visible damage to the container.

During devanning the shipment they noticed streaks of condensed beads of water along the side panels of the container, being more pronounced in the after half of the container.

The sides of the bags that were in contact with the condensed water inside the side panels, were wet and had rust stains.



● Pager: 310-730-4788 ● Mobile: 310-344-1240 ● E-Mail: JollyTMS@aol.com

Techno Marine Services
Marine Surveyors and Consultants

P.O. Box 1732
San Pedro, CA 90733-1732 ● Phone: 714-816-8735 ● Fax: 714-826-4080

SURVEY REPORT NO. 20 - 3338

The top of the upper most tier of bags was also seen to be slightly damp to the touch.

We were advised that the bags were stowed to a height of approximately 5 feet and there was a 3 feet void under the roof panels.

The container was returned to the trucker the same day.

During our inspection we noticed some bags had wet stains along either one end or on the side.

The seeds in the wet stained bags were inspected. The stained portion of the bags was cut and the seeds directly adjacent to the wet stains were seen to be wet and discolored and moldy.

We inspected also seeds in bags that did not have any apparent visible wet stains. The seeds in these bags were found to be in satisfactory condition. The seeds were dry and there was no discoloration or shrinkage.

The shipment comprised of the following seed varieties:

| Item | Description | Qty Kg | Number Bags |
|---|---|---|---|
| 19023 | Tropaeolum Maj. Scarlet Gleam | 500.00 | 20 |
| 19135 | Zinnia El. Tetra State Fair Max | 121.00 | 5 |
| 17948 | Tagetes Pat. Brocade Mixed | 30.00 | 3 |
| 19028 | Zinnia El. Dahliafil. Canary Bird | 80.00 | 4 |
| 17947 | Tagetes Pat. Nana Petite Yellow | 49.00 | 4 |
| 19022 | Tropaeolum Maj. Golden Gleam | 426.00 | 17 |
| 19025 | Tropaeolum Nanum Alaska Mix | 327.00 | 13 |
| 19015 | Tropaeolum Nanum Express of India | 669.00 | 29 |
| 19027 | Tropaeolum Maj. Cherry Rose | 193.50 | 8 |
| 19131 | Zinnia El. Willy Rogers | 79.00 | 4 |
| 19026 | Tropaeolum Maj. Tall Sgl. Mixed | 641.00 | 26 |
| 19024 | Tropaeolum Maj. Glorius Gleam Mix. | 242.00 | 10 |
| 19014 | Tropaeolum Nanum Whirllybird Mix | 500.00 | 20 |
| 17939 | Thunbergia Alata Mix | 112.00 | 5 |
| 17950 | Tropaeolum Maj. Dwarf Jewell Mix | 12,000.00 | 480 |
| Total | | 15,969.50 Kg | 648 bags |



● Pager: 310-730-4788 ● Mobile: 310-344-1240 ● E-Mail: JollyTMS@aol.com

Techno Marine Services
Marine Surveyors and Consultants

P.O. Box 1732
San Pedro, CA 90733-1732 ● Phone: 714-816-8735 ● Fax: 714-826-4080

SURVEY REPORT NO. 20 - 3338

According to the commercial invoice issued by Maua Arusha Ltd., Arusha Tanzania issued to Environmental Seeds Producers, invoice number 48 dated January 3, 2007 the value of the shipment was stated to be USD $63,688.13.

We inspected the following seeds:

Tropaeolum — The seeds adjacent to the wet stains on the bags were mold and clumped together. On account of the moisture in the bags some of the seeds were seen brown discolored and had shrinkage.

The seeds in the bags that did not have any mold stains appeared to be in satisfactory condition.

Zinnia — The bags inspected did not have any stains. The seeds were found to be in apparent visible satisfactory condition.

Thunbergia — Same as above.

Tagetes — Same as above.

SILVER NITRATE TESTS

The wet stained portion of the bags were tested with silver nitrate solution and the tests proved **negative** as to the presence of chlorides.

DISCUSSIONS

During our discussions with the consignee, Ms. Anita Laemoa we were advised that they would be sending samples of the different varieties of the seeds to the laboratory to ascertain the extent of damage to the seeds on account of the same being subjected to moisture.

It was recommended that samples also be sent from the bags that were not directly affected by moisture especially those stowed within the container away from the panels.

CONCLUSION

Based on our inspection and information provided to our office we conclude by stating that the shipment was apparently effected by condensation within the confines of the container resulting from the inherent moisture within the shipment of different varieties of flower seeds.



● Pager: 310-730-4788 ● Mobile: 310-344-1240 ● E-Mail: JollyTMS@aol.com

Techno Marine Services
Marine Surveyors and Consultants

P.O. Box 1732
San Pedro, CA 90733-1732 • Phone: 714-816-8735 • Fax: 714-826-4080

SURVEY REPORT NO. 20 - 3338

The seeds in the bags that were directly in contact with the side panels of the container sustained wetting from the condensed beads of water dripping down the side panels and the seeds adjacent to the wet stains on the bags were found to be wet, moldy, clumped together and discolored.

There did not appear to be any damage to the container as seen during our inspection at the SSA Terminal Long Beach after it was in gated into the terminal loaded with an out bound shipment.

The Phytosanitary Certificate is dated January 8, 2007, the invoice is dated January9, 2007 and the master bill of lading is dated January 26, 2007.

The shipment was received by the consignee on April 10, 2007.

Hence the shipment was in the container for approximately 90 days.

We estimate damage to the seed of Tropaeolum in some of the bags that were stowed adjacent to the side panels.

Each bag measured 30"x22"x8". Hence we estimate damage to approximately 128 bags of Tropaeolum Seeds (each bag containing 25 kgs) out of the 648 bags that were directly in contact with the side panels amounting to approximately $11,000.00.

This report is based only on the facts presently known to the surveyor in attendance and is submitted without prejudice to the rights of whom it may concern.

The right to amend or supplement this report should additional information be made available is reserved.

Techno Marine Services
Issued at Los Angeles
Dated April 20, 2007



• Pager: 310-730-4788 • Mobile: 310-344-1240 • E-Mail: JollyTMS@aol.com




MSCU1550902 Inspected at SSA Terminal Long Beach on April 13, 2007
Mfg. Date 10/2002 Dioor gaskets in good condition.




No damage to panels. Container in apprent visible satisfactory conditon.







Side vents partially taped over.



INSPECTION OF SHIPMENT AT ENVIRONMENTAL SEED PRODUCTS
LOMPOC CA ON APRIL 17, 2007







Wet stains on side of bags











Tropaeolum seeds in wet stained bags partially moldy and shrunk












25 Kg



Wet clumps of seeds.







Wet Stains on Bags









Seeds wet near stains on bags. Moldy





Zinnia Seeds Dry & In Good Condition





Thunbergia Seeds in good conditon.





We stains on side of bags



Tangetas Seeds in good condition.