# EXHIBIT 7

PORTIONS OF THIS LETTER HAVE BEEN REDACTED AS THEY MAY, ARGUABLY, PERTAIN TO SETTLEMENT DISCUSSIONS.

**BADIAK & WILL, LLP**

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

July 21, 2008

## VIA TELEFAX ONLY 212-594-4589 - URGENT

Lyons & Flood, LLP
65 W. 36th Street, 7th Floor
New York, New York 10018

Attn:   Ed Flood, Esq.

RE:   Liberty Mutual Group Inc., as subrogee of Bodger Seeds, Ltd.
     v. Mediterranean Shipping Company USA
     Index No.: 08 Civ. 00223 (JSR)
     Your Ref.: Please Advise
     Our Ref.: 07-J-001-AW/LS

Dear Mr. Flood:

    We are in receipt of your letter dated July 18, 2008.

Lyons & Flood, LLP
Attn: Ed Flood, Esq.
July 21, 2008
Page 2

    We note that we still have not been provided with ventilation records pertaining to this shipment, or the documents requested in Plaintiff's First Request for Production of Documents dated April 21, 2008. Nor have we received a response to our letter dated July 15, 2008 requesting outstanding discovery and the scheduling of depositions. We would like to depose Mr. Mecky and perhaps Captain Jolly. We reserve the right to take additional depositions after receipt of all outstanding discovery.

    Due to the impending deadlines under the Civil Case Management Plan, we intend to seek the Court's intervention no later than tomorrow, **July 22, 2008, mid-day.**

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO
lscognamillo@badiakwill.com

LAS/lmw

```
FOR: BADIAK WILL AND RUDDY          12123766778

    SEND
DATE   START    RECEIVER      TX TIME  PAGES TYPE    NOTE          M#  DP

JUL-21 04:00 PM 12125944589     27"     2    FAX TX   OK           488

                                     TOTAL :    27S  PAGES:  2
```

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

July 21, 2008

## VIA TELEFAX ONLY 212-594-4589 - URGENT

Lyons & Flood, LLP
65 W. 36th Street, 7th Floor
New York, New York 10018

Attn:  Ed Flood, Esq.

RE:  Liberty Mutual Group Inc., as subrogee of Bodger Seeds, Ltd.
     v. Mediterranean Shipping Company USA
     Index No.: 08 Civ. 00223 (JSR)
     Your Ref.: Please Advise
     Our Ref.: 07-J-001-AW/LS

Index No.: 08 Cv 00223 (JSR)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NASSAU     )

**I, Luz M. Webb,** being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside c/o Badiak & Will, LLP, 106 3rd Street, Mineola, New York 11501-4404. On August 11, 2008 I served the within AFFIDAVIT IN SUPPORT on:

> LYONS & FLOOD, LLP
> Attorneys for Defendant
> Mediterranean Shipping Company, S.A.
> 65 W. 36th Street, 7th Floor
> New York, New York 10018
> (212) 594-2400

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
LUZ M. WEBB

Sworn to before me this
11th day of August, 2008

_____
NOTARY PUBLIC

LISA A. SCOGNAMILLO
Notary Public, State of New York
No. 5011463
Qualified in Nassau County
Commission Expires Apr 19, 20 11